# MINUTE ORDER

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**  **Date:** 10/10/2019  **Time:** 1:30 p.m.

**Defendant:** 3) IONELA CONSTANTINESCU  **J#:** 20646-104  **Case #:** 19-3633-MJ-LOUIS ~~SEALED~~

**AUSA:** Shane Butland  **Attorney:**

**Violation:** S/D/NY/WARR/INDICT/CONSP/COMMIT ACCESS DEVICE FRAUD/WIRE FRAUD/BANK FRAUD/AGGRAVATED ID THEFT  **Surr/Arrest Date:** 10/10/2019  **YOB:** 1983

**Proceeding:** Initial Appearance  **CJA Appt:** Hector Flores, Esq.

**Bond/PTD Held:** ☐ Yes ☑ No  **Recommended Bond:**

**Bond Set at:**  **Co-signed by:**

- ☑ **Surrender and/or do not obtain passports/travel docs**
- ☑ **Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person**
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☑ **Maintain or seek full-time employment (can continue to work through lift)**
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☑ **Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by USPO**
- ☑ **Allowances: Medical needs, court appearances, attorney visits, employment, transporting children to school**
- ☑ **Travel extended to: S/D OF FL; S/D OF N.Y. & E/D OF N.Y.**
- ☑ **Other: No employment w/access to credit cards or PII of others**

**Language:** English

**Disposition:**
Defendant advised of rights and charges

Indictment Unsealed in S/D of N.Y.

Defendant sworn; CJA counsel appointed

***Govt rec $25K PSB (Court sets)***

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  **Date:**  **Time:**  **Judge:**  **Place:**

**Report RE Counsel:**
**PTD/Bond Hearing:**
**Removal Hearing:** 10/11/19  1:30 p.m.  Duty/Miami
**Status Conference RE:**
**D.A.R.** 14:20:02  **Time in Court:** 40 mins

s/Lauren F. Louis  Magistrate Judge